UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

| | |
|---|---|
| WILLIAM ISAAC JACKSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Nos. 2:14-CR-048 |
| ) | 2:15-CV-201 |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## O R D E R

This Court referred this matter to the United States Magistrate Judge Clifton L. Corker for consideration of and recommended disposition on the issue of whether Defendant was entitled to relief based on his allegation in his 28 U.S.C. § 2255 motion that trial counsel failed to perfect an appeal after he specifically requested him to do so [Doc. 112]. On September 14, 2016, Judge Corker issued his report and recommendation in which he recommended that the Court deny Jackson's motion, finding that he did not specifically request his counsel to file an appeal of the judgment in his case.

The Court has received and considered the report of the United States Magistrate Judge, along with the record and pleadings. No party has filed objections to the magistrate judge's report. After a thorough review of the Report and Recommendation [Doc. 135], the Court accepts and adopts the Report and its Recommendations as the judgment of the Court. This resolves all issues raised by Jackson except for those for which this Court has entered a stay [Doc. 137].

SO ORDERED:

                                               s/R. Leon Jordan
                                               United States District Judge